**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JERMAINE LEVELL WILSON**                                      **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:22-cv-00231-RPM**

**SHERIFF DAVID ALLISON, *et al*.**                                **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered this day, the Court hereby enters its Final Judgment in this civil action.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Sheriff David Allison's Motion [47] for Summary Judgment for Failure to Exhaust Administrative Remedies is **GRANTED**. Plaintiff Jermaine Levell Wilson's claims against Sheriff Allison are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Officer Patrick Johns' Motion [49] for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's claims against Officer Johns are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. His first excessive-force claim against Officer Johns (as described in the Court's Memorandum Opinion and Order of Dismissal) is **DISMISSED WITH PREJUDICE** because Officer Johns is entitled to qualified immunity on this claim.

**SO ORDERED AND ADJUDGED,** this 6th day of November, 2023.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE